UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS TRAINER, | Case No. 5:15-cv-00201-PSG |
| Plaintiff, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket No. 19)** |
| RED HAD, et al., | |
| Defendants. | |

Based on the parties' joint case management statement and case management conference,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Non-expert discovery cutoff .......................................................................... January 15, 2016

Expert disclosure .......................................................................................... February 12, 2016

Expert discovery cutoff .................................................................................... April 11, 2016

Dispositive motions hearing ...................................................... February 16, 2016 at 10:00 AM

---

[1] Docket Nos. 19, 21.

1

Case Nos. 5:15-cv-00201-PSG
CASE SCHEDULING ORDER

1       Pre-trial conference ................................................................................. April 29, 2016 at 10:00 AM

2       Jury trial ......................................................................................... May 9, 2016 at 9:30 AM

3   **SO ORDERED.**

4   Dated:  April 29, 2015

```
                                          _____
                                          PAUL S. GREWAL
                                          United States Magistrate Judge
```

2

Case Nos. 5:15-cv-00201-PSG
CASE SCHEDULING ORDER